# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2697
LT Case No. 2017-CF-10436

_____

JAQUAN MARQUISE LAWRENCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Olivia M. Goodman, of O'Brien Hatfield, P.A., Tampa, for
Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____